[14 NYS3d 911]

# In the Matter of Timothy G. Griffin, a Suspended Attorney, Respondent. Grievance Committee for the Ninth Judicial District, Petitioner.

Second Department, August 19, 2015

■■■■■■■■■■■■■■■■
■■■■■■■■■■■■
■■■■■■
■■■■■■■■■■■■■■■

## APPEARANCES OF COUNSEL

*Gary L. Casella*, White Plains (*Forrest Strauss* of counsel), for petitioner.

## OPINION OF THE COURT

Per Curiam.

On February 4, 2015, the respondent entered a plea of guilty before the Honorable Stephen Rooney, in the Supreme Court, Richmond County, to one count of grand larceny in the first degree, a class B felony, in violation of Penal Law § 155.42. On April 28, 2015, Justice Rooney sentenced the respondent to an indeterminate term of imprisonment of 4 to 13 years.

The Grievance Committee for the Ninth Judicial District now moves to strike the respondent's name from the roll of attorneys and counselors-at-law pursuant to Judiciary Law § 90 (4) (b) based upon his conviction of a felony. The respondent has neither opposed the Grievance Committee's motion nor submitted any papers in response, although the motion was served upon him.

By virtue of his felony conviction of grand larceny in the first degree, the respondent ceased to be an attorney and counselor-at-law pursuant to Judiciary Law § 90 (4) (a), and was automatically disbarred on February 4, 2015. Accordingly, the Grievance Committee's motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted to reflect the respondent's automatic disbarment as of February 4, 2015.

ENG, P.J., RIVERA, DILLON, BALKIN and LEVENTHAL, JJ., concur.

Ordered that the Grievance Committee's motion is granted; and it is further,

Ordered that pursuant to Judiciary Law § 90 (4) (a), the respondent, Timothy G. Griffin, a suspended attorney, is disbarred, effective February 4, 2015, and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent, Timothy G. Griffin, shall comply with this Court's rules governing the conduct of

disbarred, suspended, and resigned attorneys (22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent, Timothy G. Griffin, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and it is further,

Ordered that if the respondent, Timothy G. Griffin, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 691.10 (f).